## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DERREL JAMES**                                                    **PLAINTIFF**
ADC #550353

**v.**                         **CASE NO. 4:26-CV-00017-BSM**

**BULLWEIVELS PAWNSHOP,** *et al.*                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE